JS-6

1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11   LUIS NORIEGA,                        Case No. 2:21-cv-08154-FLA (JPRx)

12                         Plaintiff,
                                          **ORDER DISMISSING ACTION**
13            v.                          **[DKT. 73]**

14
     CITIBANK, N.A., et al.,
15
                          Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

1

On November 3, 2022, Plaintiff Luis Noriega ("Plaintiff") and Defendant Citibank, N.A. ("Citibank") filed a Further Joint Status Report re Arbitration ("Report"), stating these parties have settled their arbitration proceedings and are in the process of executing the settlement document.  Dkt. 73.  As part of the settlement, the parties anticipate filing a stipulation dismissing the action with prejudice as to Citibank.  *Id.* at 1.

Having considered the Report and finding good cause therefor, the court hereby ORDERS:

1.  All deadlines governing this action are VACATED.

2.  The court DISMISSES the action without prejudice.  The court retains jurisdiction to vacate this Order and to reopen the action within 120 days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 120-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.

3.  This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court.  Such stipulation shall be filed within the aforementioned 120-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: November 14, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge

2